Thomas J. Nolan (SBN 48413)

 **Nolan, Armstrong & Barton, LLP**

600 University Ave. \ Palo Alto, Ca. 94301
Tel. (650) 326-2980  Fax (650) 326-9704

Attorney for Defendant
Tiffany Vu

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>TIFFANY VU,<br><br>                    Defendant. | NO. CR 08-00401  RS<br><br>**TRAVEL REQUEST**<br><br>DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED TRAVEL REQUEST |

I, Thomas J. Nolan, hereby declare:

1.      I am an attorney licensed to practice law before the courts of the State of California and the Northern District of California, and an associate with Nolan, Armstrong & Barton, LLP, counsel of record for defendant Tiffany Vu.

2.      On June 18, 2003,  Ms. Vu was indicted on one violation of 18 U.S.C. § 371, one violation of 18 U.S.C. § 1956(h), 23 violations of 18 U.S.C. § 5324(a)(3), and 3 violations of 18 U.S.C. § 2314.

3.      Ms. Vu requests permission to travel from San Jose, California, where she

Declaration in Support of Travel Order                     -1-

currently resides, to New York, New York from June 26, 2008 until June 27, 2008.  The purpose of her travel is an interview with an attorney representing Ms. Vu's current employer, Merrill Lynch.

4.      She plans to depart from San Francisco International Airport on June 26, 2008  on Continental Airlines Flight 449 arriving in Newark International Airport, New Jersey.  She plans to be driven from Newark International Airport, New Jersey to New York, New York.

5.      Laura Weigel,  Ms. Vu's Pre-Trial Services Officer (408-535-5230)  has no objection to permitting Ms. Vu to travel.

6.      I spoke with Assistant United States Attorney David Callaway (408-535-5596) and he has no objection to the travel request.

7.      Ms. Vu will be staying at the Hilton Millenium Hotel, 55 Church Street, New York, NY 10007.  She will be  returning to San Jose on June 27, 2008 on Continental Airlines Flight 348.

8.      Ms. Vu has complied with all conditions of her pretrial release and is in good standing with the Pretrial Services.

9. For the above stated reasons, it is respectfully requested that Ms. Vu be permitted to travel as indicated above.


I declare under penalty of perjury that the foregoing is true and correct except for those matters stated on information and belief and as to those matters I am informed and believe them to be true.  Executed this 20 day of June, 2008 at Palo Alto, California.

Thomas J. Nolan

Amended Declaration in Support of Travel Order                    -2-

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 08-00401 RS |
| Plaintiff, | ) | |
| | ) | [PROPOSED] TRAVEL ORDER |
| v. | ) | |
| TIFFANY HA VU, | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant Tiffany Vu shall be allowed to travel from San Jose, California to New York, New York on June 26, 2008, returning to San Jose, California on June 27, 2008.

It is further ordered that Ms. Vu shall communicate with Pretrial Services before leaving and upon returning to San Jose, California as directed by Pretrial Services.

All other probation conditions shall remain the same.

IT IS SO ORDERED.

DATED: _____

_____
Magistrate HOWARD R. LLOYD
United States District Court

[Proposed] Travel Order                                    -1-