# UNITED STATES DISTRICT COURT
## JUDGE JEREMY FOGEL, PRESIDING
### COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Sentencing Hearing, August 18, 2011                    Time: 26 mins
**Case Number:** CR-08-00401-JF

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Fisher

---

**TITLE:**                    **UNITED STATES OF AMERICA V. TRUC QUOC LE, ET AL.**

|                          **PLAINTIFF**                          **DEFENDANTS**
|                          United States

**5) Tiffany Vu**

**Attorneys Present: David Callaway**                    **Attorneys Present: Tom Nolan, Emma Bradford**

---

PROCEEDINGS:

Sentencing hearing held.  Counsel and defendant are present. Defendant is out of custody.  Defendant is sentenced to 30 months prison, 30 months on each count 1, 2, 17 and 35 with each count to be served concurrent to each other; 3 years supervised release; and $400.00 special assessment.  Continued to 9/22/11 at 9:00 a.m. for restitution hearing.  Defendant shall self-surrender 11/18/11.  The remaining counts are dismissed.